FILED
COURT OF APPEALS DIV I
STATE OF WASHINGTON

2017 JUL 31 AM 10: 42

# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | |
|---|---|
| In re the Custody of:<br><br>HEIDI LYNN MUNOZ,<br><br>                   Child,<br><br>SARAH CANNON,<br><br>               Petitioner,<br><br>          and<br><br>CASSIDY BUSH and<br>ANDREW MUNOZ,<br><br>          Respondents. | DIVISION ONE<br><br>No. 75448-3-I<br><br>UNPUBLISHED OPINION<br><br><br><br><br><br>FILED:   July 31, 2017 |

DWYER, J. – After oral argument, the parties to this matter filed a joint motion to dismiss the appeal (having reached a settlement). We hereby grant the motion.[1]

The appeal is dismissed.

_Dwyer, J._

We concur:

_Trickey, A.C.J._                      _Appelwick, J._

---

[1] A panel may decide a motion by opinion. RAP 17.6(b).